

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA PLAINTIFF(S) v. Timothy Uleisueu DEFENDANT(S). | CASE NUMBER 8:22-MJ-00113-DUTY<br>CR-21-012-MDLC<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |
|---|---|

The above-named defendant was charged by: __District of Montana__
in the _____ District of __Montana__ on __1/26/2022__
at __2:30__ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __March 2020__
in violation of Title __Title 21__ U.S.C., Section(s) __846, 841__
to wit: _____

A warrant for defendant's arrest was issued by: __District of Montana__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/4/2022__
              Date

_____        __Daniel Ponce__
Signature of Agent               Print Name of Agent

__DEA__                          __Special agent__
Agency                           Title